**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** § | | **PLAINTIFF** |
| § | | |
| **V.** § | | **CASE NO. 1:05-CV-149LG-RHW** |
| § | | |
| **PAUL R. ARCENEAUX** § | | |
| and **JOHN MCADAMS**, in his capacity § | | |
| as Clerk of the Chancery Court for § | | |
| Harrison County, Mississippi § | | **DEFENDANTS** |

**ORDER GRANTING PLAINTIFF'S MOTION FOR
JUDGMENT ON THE PLEADINGS**

BEFORE THIS COURT is the Plaintiff's Motion for Judgment on the Pleadings [18], filed in the above-captioned cause on July 27, 2005. Defendant Paul R. Arceneaux has not filed a response to the motion. In his answer filed in this Court on May 10, 2005, Defendant John McAdams, in his official capacity as Clerk of the Chancery Court for Harrison County, Mississippi, admitted the allegations in Plaintiff's complaint and requested that the Court grant the relief requested by the Plaintiff in its complaint. Because neither defendant has responded or objected to the motion, the Court is of the opinion that the motion should be granted as unopposed pursuant to Rule 7.2(C)(2) of the Uniform Local Rules for the Northern and Southern Districts of Mississippi.

**IT IS THEREFORE ORDERED AND ADJUDGED,** that the Plaintiff's Motion for Judgment on the Pleadings [18] should be and is hereby **GRANTED.** A separate Judgment will be entered by the Court.

**SO ORDERED AND ADJUDGED** this the 8th day of December, 2005.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE