IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | PLAINTIFF |
| | § | |
| V. | § | CASE NO. 1:05-CV-149LG-RHW |
| | § | |
| PAUL R. ARCENEAUX | § | |
| and JOHN MCADAMS, in his capacity | § | |
| as Clerk of the Chancery Court for | § | |
| Harrison County, Mississippi | § | DEFENDANTS |

## JUDGMENT

This matter having come on to be heard on the Motion of Plaintiff United States of America for Judgment on the Pleadings, and the Court, after a full review and consideration of the motion and the relevant legal authority, concludes that in accord with the order entered herewith, it is hereby,

**ORDERED, ADJUDGED, AND DECREED** that:

1. The "Claim of Lien" against Internal Revenue Service employee Shelly Babcock filed by Paul R. Arceneaux on October 22, 2004, with the Clerk of the Chancery Court, Harrison County, Mississippi (said document being recorded as "Instrument 2004 8987 D J1") is DECLARED to be null, void, and of no effect;

2. The Notice of Default signed by Paul R. Arceneaux, dated October 11, 2004, and directed to Internal Revenue Service employee Shelly Babcock, is DECLARED to be null, void, and of no effect;

3. Any other lien, judgment or other such document filed by or on behalf of Paul R. Arceneaux in an unlawful attempt to interfere with the enforcement or adjudication of the laws of the United States pertaining to internal revenue is DECLARED to be null, void, and of no effect;

4. Defendant Paul R. Arceneaux is permanently ENJOINED from preparing, publishing, or filing any judgment, lien, or other such document (and assisting in the preparing, publishing or filing of such document ) designed to encumber the property of any employee of the United States as a means to molest, interrupt, hinder, or impede that person in the performance of his or her official duties in the enforcement of the laws of the United States pertaining to internal revenue;

5. Defendant Paul R. Arceneaux is permanently ENJOINED from causing to be prepared, published, or filed any judgment, lien, or other such document or taking any other acts designed to encumber the property or creditworthiness of any employee of the United States who has acted in the performance of his or her official duties in the enforcement of the laws of the United States pertaining to internal revenue;

6. Defendant Paul R. Arceneaux is permanently ENJOINED from preparing, publishing, or filing any judgment, lien, or other such document (and from assisting in or causing the preparing, publishing or filing of such document ) designed to encumber the property of any other person or entity who has acted in any matter to comply with or otherwise cooperate with any employee of the United States in the course of his or her official duties in the enforcement of the laws of the United States pertaining to internal revenue;

7. Defendant Paul R. Arceneaux is DIRECTED to fully disclose all actions taken by or on behalf of him to cloud title, hamper the credit, or cause other financial harm to federal employees who are lawfully carrying out their duties with respect to the federal internal revenue laws.  Within twenty (20) days of entry of this order and judgment, defendant Paul R. Arceneaux shall file that disclosure with the Clerk of the Court of the United States District Court for the

Southern District of Mississippi and serve a copy of the disclosure on:

>Michael N. Wilcove
>Department of Justice, Tax Division
>P.O. Box 14198
>Washington, D.C.  20044
>
>Joseph R. Meadows
>Meadows Riley Law Firm
>P.O. Drawer 550
>Gulfport, MS 39502.

If defendant Paul R. Arceneaux has taken no such actions as described in this paragraph, he shall, within the time and in the matter stated above, file a statement to that effect.  The disclosure or statement filed pursuant to this paragraph shall be made by affidavit or under penalty of perjury.

8.	Defendant Paul R. Arceneaux is DIRECTED to fully disclose all actions taken by or on behalf of him to cloud title, hamper the credit, or cause other financial harm to any other person or entity who has acted in any matter to comply with or otherwise cooperate with any employee of the United States in the course of his or her official duties in the enforcement of the laws of the United States pertaining to internal revenue.  Within twenty (20) days of entry of this order and judgment, defendant Paul R. Arceneaux shall file that disclosure with the Clerk of the Court of the United States District Court for the Southern District of Mississippi and serve a copy of the disclosure on:

>Michael N. Wilcove
>Department of Justice, Tax Division
>P.O. Box 14198
>Washington, D.C.  20044
>
>Joseph R. Meadows
>Meadows Riley Law Firm
>P.O. Drawer 550
>Gulfport, MS 39502.

If defendant Paul R. Arceneaux has taken no such actions as described in this paragraph, he shall, within the time and in the matter stated above, file a statement to that effect. The disclosure or statement filed pursuant to this paragraph shall be made by affidavit or under penalty of perjury.

9.   Defendant John McAdams, in his official capacity as the Clerk of the Chancery Court of Harrison County, Mississippi, is DIRECTED to expunge from the public records of the Clerk of the Chancery Court of Harrison County, Mississippi, or otherwise note its nullity on the public records of that office, the "Claim of Lien" identified at paragraph 1 of this judgment.

**SO ORDERED AND ADJUDGED** this the 8th day of December, 2005.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE